**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒  **2nd**  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  ___  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Patricia Morales**     JOINT DEBTOR: _____     CASE NO.: _____
Last Four Digits of SS# **xxx-xx-9600**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **1,438.97** for months **1** to **10** ;
  B. $ **1,383.97** for months **11** to **60** ;
  C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**  TOTAL PAID $ **2,000.00**
Balance Due  $ **1,500.00** payable $ **150.00** /month (Months **1** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1.** _____   Arrearage on Petition Date $ _____
  Address: _____   Arrears Payment $ **0.00** /month (Months **0** to **0** )
  Account No: _____   Regular Payment $ **0.00** /month (Months **0** to **0** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Bank Of America, N.a. 4161 Piedmont Pkwy; Greensboro, NC 27410 Account No: xxxxxxxxx8999** | **Investment Property: 8911 NW 28 DR #F Coral Springs, FL 33065** $ **61,000.00** | **0**% | $ **0.00** | **0** To **0** | **0.00** |
| **Seterus Inc 3039 Cornwallis Ro; Research Trian, NC 27709 Account No: xxx2767** | **Investment Property: 8911 NW 28 DR #F Coral Springs, FL 33065** $ **61,000.00** | **5.25**% | $ **1,158.15*** | **1** To **60** | **69,488.70** |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**   Total Due $ _____
       Payable   $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **100.00** /month (Months **11** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

**Special Intentions:**
**Sun and Lake Condominium Association, Inc. : Debtor will pay claim directly.**
**\*Debtor is responsible for post-petition property taxes and insurance payments.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Patricia Morales
**Patricia Morales**
Debtor

Date:   January 31, 2013